**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CHINDA PEN, <br><br> Petitioner, <br><br> v. <br><br> NATHALIE R. ASHER, *at al*., <br><br> Respondents. | Case No. C11-487-MJP <br><br> ORDER OF DISMISSAL |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Motion to Dismiss for Mootness, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and noting the lack of any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss, Dkt. No. 9, is GRANTED, and this action is DISMISSED with prejudice;

3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 7th day of July, 2011.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1